UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

JOEY MITCHELL,

                       Plaintiff,            12 CV 0294 (KAM) (MDG)

    -against-              **STIPULATION AND ORDER OF DISMISSAL**

THE CITY OF NEW YORK; OFFICER DAVID GRIECO, SHIELD #18061; OFFICER ROBERT MAYER, SHIELD #18638; LIEUTENANT KENNETH WINTERS,

                       Defendants.

---------------------------------------------------------------- x

    **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated:    New York, New York
              July 9, 2012

| | |
|---|---|
| Stoll, Glickman & Bellina<br>*Attorney for Plaintiff*<br>475 Atlantic Avenue, 3rd Floor<br>Brooklyn, NY 11217<br>NMindico@stollglickman.com<br>(718) 852-3710<br><br>_/s/ Nicholas Mindicino_<br>Nicholas Mindicino, Esq. | Office of Corporation Counsel<br>*Attorney for Defendants*<br>100 Church Street, Room 3-132<br>New York, NY 10007<br>fweiler@law.nyc.gov<br>(212) 788-1917<br><br>_/s/ Fred M. Weiler_<br>Fred M. Weiler, Esq.<br>Assistant Corporation Counsel |

                                                      **SO ORDERED:**

                                                      _____
                                                      The Hon. Kiyu A. Matsumoto