UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOEY MITCHELL,

                               Plaintiff,                12 CV 0294 (KAM) (MDG)

           -against-                      **STIPULATION
                                                                      AND ORDER OF
                                                                      DISMISSAL**

THE CITY OF NEW YORK; OFFICER DAVID
GRIECO, SHIELD #18061; OFFICER ROBERT
MAYER, SHIELD #18638; LIEUTENANT KENNETH
WINTERS,

                               Defendants.

------------------------------------------------------------------- x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated:    New York, New York
              July 9, 2012

Stoll, Glickman & Bellina                         Office of Corporation Counsel
*Attorney for Plaintiff*                                   *Attorney for Defendants*
475 Atlantic Avenue, 3rd Floor                100 Church Street, Room 3-132
Brooklyn, NY 11217                                     New York, NY 10007
NMindico@stollglickman.com                  fweiler@law.nyc.gov
(718) 852-3710                                           (212) 788-1817

Nicholas ~~Mindico~~, Esq.                            Fred M. Weiler, Esq.
      Mindicino                                              Assistant Corporation Counsel

                                                                  **SO ORDERED:**

                                                                  _____

                                                                  The Hon. Kiyu A. Matsumoto