UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

JOEY MITCHELL,

                      Plaintiff,

          -against-

THE CITY OF NEW YORK; OFFICER DAVID
GRIECO, SHIELD #18061; OFFICER ROBERT
MAYER, SHIELD #18638; LIEUTENANT KENNETH
WINTERS,

                      Defendants.

------------------------------------------------------------- x

12 CV 0294 (KAM) (MDG)

**STIPULATION
AND ORDER OF
DISMISSAL**

 DOCKET & FILE

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated:    New York, New York
            July 9, 2012

Stoll, Glickman & Bellina
*Attorney for Plaintiff*
475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
NMindico@stollglickman.com
(718) 852-3710

_____
Nicholas Mindico, Esq.
Mindizino

Office of Corporation Counsel
*Attorney for Defendants*
100 Church Street, Room 3-132
New York, NY 10007
fweiler@law.nyc.gov
(212) 788-1917

_____
Fred M. Weiler, Esq.
Assistant Corporation Counsel

So Ordered:
_____
Kiyo A. Matsumoto
U.S. District Judge

dated July 17, 2012